UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>　　　　Plaintiff<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　Defendants | Case No.: 2:24-cv-00152-APG-DJA<br><br>**ORDER DENYING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER**<br><br>[ECF No. 31] |

　　Xiao Ye Bai filed an objection (ECF No. 31) to Magistrate Judge Albregts' order (ECF No. 30) denying Bai's motions for appointment of counsel (ECF No. 15) and to seal an exhibit (ECF No. 22). I have reviewed the order and related papers as required by Local Rule IB 3-1 and find that Magistrate Judge Albregts' order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, the order (ECF No. 30) is affirmed and Bai's objection (ECF No. 31) is denied.

　　DATED this 9th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE