UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| XIAO YE BAI, | Case No.: 2:24-cv-00152-APG-DJA |
|---|---|
| Plaintiff | **ORDER FOR SUPPLEMENTAL BRIEFING ON PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JEREMY BEAN, *et al.*, | [ECF No. 34] |
| Defendants | |

Xiao Ye Bai moves for injunctive relief ordering the defendants to provide him a cane, ankle support, and pain medications. ECF No. 34 at 1. He claims that these were ordered by his surgeon after his October 18, 2024 surgery but never provided to him. The defendants respond that (1) the relief Bai requests does not arise from or relate to the claims in his complaint, and (2) Bai has already been provided with the requested items. ECF No. 35 at 3, 5.

Bai's complaint alleges that defendant Jaymie Cabrera's deliberate indifference to Bai's injured foot caused the need for additional surgery. ECF No. 10 at 11-12. His current motion argues that the October 18, 2024 surgery resulted from Cabrera's indifference, so the motion arises directly from the fourth claim for relief in the complaint. ECF No. 34 at 3-3. Thus, I reject the defendants' opposition on that ground.

The defendants contend Bai has been provided the relief requested in the motion. ECF No. 35 at 3. They point out that Bai's records indicate "an ankle support was ordered" and Bai was approved "to possess and use a front wheel walker" instead of a cane. *Id.* But Bai's reply attaches a more recent inmate response form saying that as of October 17, 2025 (two days after the defendants filed their opposition to the motion), a prison official acknowledged Bai has not

received a walker, ankle support, cane, or "a response to his medical-related requests." ECF No. 36 at 9. Thus, it appears Bai's motion may not be moot.

I THEREFORE ORDER the defendants to file a supplemental brief explaining whether Bai has received a walker, cane, ankle support, and the correct medication. The supplement must be supported by an affidavit or declaration from an appropriate prison official confirming the status of these items. The supplement is due by December 30, 2025. Bai may file a reply to that supplement within seven days of receiving it.

DATED this 12th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2