AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Jeremy Bean, Jaymie Cabrera, Glenn Fowler,*
*Kristopher Ledingham, Patrick Moreda,*
*Thurston Moore, and Julie Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>                    Plaintiff,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-00152-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Xiao Ye Bai, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this _22ND_ day of December, 2025. DATED this 22nd day of December, 2025

By:_____
Xiao Ye Bai #1099896
Plaintiff
*Pro Se*

*Thank you D.C. Judge.*

By: /s/ *Leo T. Hendges*_____
LEO T. HENDGES, (Bar No. 16034)
Senior Deputy Attorney General
Attorneys *for Defendants*

**ORDER:**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED February 11, 2026

_____
UNITED STATES DISTRICT JUDGE